

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-17-2005

# Wilson v. Beard

Precedential or Non-Precedential: Precedential

Docket No. 04-2461

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Wilson v. Beard" (2005). *2005 Decisions.* Paper 293.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/293

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-2461
_____

ZACHARY WILSON

v.

JEFFREY A. BEARD, Commissioner of the Pennsylvania Department of Corrections;
DONALD T. VAUGHN, Superintendent of the State Correctional Institution at
Graterford,

*Appellants*

_____

Before: SCIRICA, *Chief Judge*, ROTH and BECKER, *Circuit Judges*
_____

ORDER AMENDING OPINION
_____

On page 10, the last sentence of the second full paragraph, is amended to read as

follows:

It does contend, however, that Wilson could have discovered the existence
of the videotape as early as April 1, 1997, and that, if he could, his petition
was filed four days too late.

BY THE COURT:


/s/ Edward R. Becker
Circuit Judge

DATED: October 17, 2005

nmb/cc:      (Thomas W. Dolgenos, Esq.

(J. Hunter Bennett, Esq.

Michael Wiseman, Esq.

Christina A. Swarns, Esq.